IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JOE SHIELDS | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| vs. | ) CIVIL ACTION No. 4:14-cv-03592 |
| | ) |
| TIP SYSTEMS LLC AND MARK A. | ) |
| STYRON INDIVIDUALLY | ) |
| | ) |
| Defendant | ) JURY TRIAL REQUESTED |

**ORDER DISMISSING WITH PREJUDICE PLAINTIFF'S CIVIL ACTION**

THIS MATTER came before the undersigned Judge on the 14th, day of April, 2015 for consideration on Plaintiff's Stipulation for Voluntary Dismissal with Prejudice in the above styled and captioned matter.

Having considered the unopposed Stipulation of the Plaintiff, this Court finds and concludes that the matter should be dismissed with prejudice with each party bearing their own costs.

Therefore, Civil Action 4:14-cv-003592 is hereby Dismissed with Prejudice with each party to bear their own costs.

_____
United States District Judge
~~The Honorable Magistrate Judge Frances H. Stacey~~